**Fill in this information to identify the case:**

Debtor name: Surface Protection International, LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (If known): 26-52283

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | T-Force<br>9954 Mayland Drive<br>Suite 3000<br>Richmond, VA, 23233 | | | | | | 180,606.29 |
| 2 | PayPal Loan<br>2211 North First Street<br>San Jose, CA, 95131 | | | | | | 143,308.42 |
| 3 | Mid-States Packaging, Inc.<br>12163 State Route 274<br>Lewistown, OH, 43333 | | | | | | 120,671.04 |
| 4 | Saia Motor Freight Line, LLC<br>11465 Johns Creek Parkway<br>Suite 400<br>Duluth, GA, 30097 | | | | | | 82,574.62 |
| 5 | Square Financial Services, Inc.<br>3165 E Millrock Drive<br>Suite 160<br>Salt Lake City, UT, 84121 | | | | | | 70,674.55 |
| 6 | UPS Ground<br>55 Glenlake Parkway NE<br>Atlanta, GA, 30328 | | | | | | 17,122.76 |
| 7 | American Express<br>200 Vesey Street<br>New York, NY, 10285 | | | | | | 10,530.59 |
| 8 | Global Merchant Cash Inc.<br>64 Beaver St.<br>New York, NJ, 10004 | | Monies Loaned / Advanced | Disputed | | | 0.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CHTD Company<br>PO Box 2576<br>Springfield, IL, 62708 | | Monies Loaned / Advanced | | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |