**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:
**Surface Protection International, LLC**

Debtor.
_________________________/

**Case No. 26-52283**
**Chapter 11**
**Hon. Thomas J. Tucker**

**STATEMENT OF OPERATIONS FOR SMALL BUSINESS**

Debtor is a limited liability company organized in the state of Michigan. Debtor's current business operations include supplies surface protection for construction sites.

/s/Raymond Blake
Manager, Debtor

Respectfully submitted,


/s/ Tami R. Salzbrenner
Jerome D. Frank (P13634)
Tami R. Salzbrenner (P83840)
The Frank Firm, PLLC
Attorneys for Debtor
30833 Northwestern Hwy, Suite 205
Farmington Hills, Michigan 48334
(248) 932-1440
tami@frankfirm.com

November 10, 2026