**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:

| | |
|---|---|
| **SURFACE PROTECTION INTERNATIONAL, LLC**<br>Debtor. | **CASE NO. 26-52283**<br>**Ch. 11**<br>**Hon. Thomas J. Tucker** |

______________________________________________/

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, I caused to be filed Debtor's First Day Motion for Entry of an Interim Order and Final Order Authorizing Use of Cash Collateral and Providing Adequate Protection and Request for Emergency Hearing, Cover Sheet for Motion to Use Cash Collateral, Affidavit of Raymond Blake in Support of Debtor's Chapter 11 Petition and First Day Motion, and this Certificate of Service to be filed with the Clerk of the Court using the ECF system, which will send notification to all parties of record requesting notice, by email transmission to ODK Capital, LLC at customerservice@ondeck.com, and overnight delivery to:

Customer Service Inquiry
ODK Capital/On Deck
4700 W Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Respectfully,

/s/Tami R. Salzbrenner
Tami R. Salzbrenner (P83840)
The Frank Firm, PLLC
Counsel for Debtor
30833 Northwestern Hwy., Suite 205
Farmington Hills, MI 48334
(248) 932-1440
tami@frankfirm.com
November 10, 2026