**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

**COVER SHEET FOR AMENDMENTS**

**Case Name:** Surface Protection International, LLC. **Case No.:** 26-52283

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

❑ **Amendment to Petition:**

❑ Name ❑ Debtor(s) Mailing Address ❑ Alias

❑ Signature ❑ Complying with Order Directing the Filing of Official Form(s)

✠ **Summary of Your Assets and Liabilities and Certain Statistical Information**

❑ **Statement of Financial Affairs**

❑ **Schedules and List of Creditors:**

❑ Schedule A/B

❑ Schedule C ❑ Debtor 2 Schedule C

✠ List of Creditors ❑ Schedule D ✠ Schedule E/F and

✠ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or

❑ Change address of a creditor already on the List of Creditors – **No Fee Required**

❑ Schedule G

❑ Schedule H

❑ Schedule I

❑ Schedule J

❑ Schedule J-2

❑ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):** Amending to add Roadrunner Freight as a creditor and the State of Michigan and the Internal Revenue Service to receive notice.

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| **Date**<br>11/18/2026 | **Signature**<br>/s/Tami R. Salzbrenner |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date**<br>11/18/2026 | **Signature**<br>/s/Raymond Blake for Surface Protection International |
| **Date** | **Signature** |

**CORRECTIONS TO THE LIST OF CREDITORS**

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**PREVIOUS NAME/ADDRESS OF CREDITOR:** **PLEASE CHANGE TO:**

**ADDITIONS TO THE LIST OF CREDITORS**

**Use this section to identify creditors added to the schedules and List of Creditors.**

Michigan Dept. of Treasury
Office of Collections
PO Box 30199
Lansing, MI 48909-7699

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Roadrunner Freight
28824 Highland Rd Bldg #9
Romulus, MI 48174

***FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.***

**Fill in this information to identify the case:**

Debtor name: Surface Protection International, LLC

United States Bankruptcy Court for the: Eastern District of Michigan (State)

Case number (If known): 26-52283

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........ $ 223,402.82

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........ $ 223,402.82

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........ $ 181,487.99

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........ +$ 625,488.27

4. **Total liabilities** ........ $ 806,976.26
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name Surface Protection International, LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (if known): 26-52283

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| Total claim | Priority amount |
|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
American Express
200 Vesey Street
New York, NY 10285

**As of the petition filing date, the claim is:** $ 10,530.59
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
CHTD Company
PO Box 2576
Springfield, IL 62708

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ______

**Basis for the claim:** Monies Loaned / Advanced

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Global Merchant Cash Inc.
64 Beaver St.
New York, NJ 10004

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** Monies Loaned / Advanced

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.4** **Nonpriority creditor's name and mailing address**
Mid-States Packaging, Inc.
12163 State Route 274
Lewistown, OH 43333

**As of the petition filing date, the claim is:** $ 120,671.04
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.5** **Nonpriority creditor's name and mailing address**
PayPal Loan
2211 North First Street
San Jose, CA 95131

**As of the petition filing date, the claim is:** $ 143,308.42
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.6** **Nonpriority creditor's name and mailing address**
Roadrunner Freight
28824 Highland Rd Bldg #9
Romulus, MI 48174

**As of the petition filing date, the claim is:** $ Unknown
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.7** **Nonpriority creditor's name and mailing address**
Saia Motor Freight Line, LLC
11465 Johns Creek Parkway Suite 400
Duluth, GA 30097

**As of the petition filing date, the claim is:** $ 82,574.62
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ____________

**Date or dates debt was incurred** ____________

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____________

3.8 **Nonpriority creditor's name and mailing address**
Square Financial Services, Inc.
3165 E Millrock Drive Suite 160
Salt Lake City, UT 84121

**As of the petition filing date, the claim is:** $ 70,674.55
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
T-Force
9954 Mayland Drive Suite 3000
Richmond, VA 23233

**As of the petition filing date, the claim is:** $ 180,606.29
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
UPS Ground
55 Glenlake Parkway NE
Atlanta, GA 30328

**As of the petition filing date, the claim is:** $ 17,122.76
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred** ____________

**Basis for the claim:** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 3:** **Additional Page for Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346 | Line ___<br>☑ Not listed. Explain<br>No money owed by Debtor. | ___ ___ ___ ___ |
| 4.2 | Michael L. Geller<br>Strobl PLLC<br>33 Bloomfield Hills Pkwy, Suite 125 | Line 3.4<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3 | Michigan Dept. of Treasury<br>Office of Collections<br>PO Box 30199 | Line ___<br>☑ Not listed. Explain<br>No money owed by Debtor. | ___ ___ ___ ___ |
| 4.4 | United States Trustee<br>211 W Fort Street St.<br>Suite 700 | Line ___<br>☑ Not listed. Explain<br>Notice only | ___ ___ ___ ___ |
| 4.5 | Zwicker & Associates PC<br>80 Minuteman Rd<br>Andover, MA 01810 | Line 3.1<br>☐ Not listed. Explain | 6 7 1 2 |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | $ 625,488.27 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 625,488.27 |